Walter Slomin, Appellee, v. Josephine Slomin, Appellant.

Gen. No. 48,204.

First District, Second Division.

January 24, 1961.

Thomas J. Downs and William W. Curran, of Chicago, for appellant; Joseph L. Goldberg, of Chicago, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.